Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_Southern_ District of _ALABAMA_

_Southern_ Division

_TO BE provided by The Honorable U.S. Court AS Pulling_

|  |  |
|---|---|
| Ronald Richard Mosley <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br> T-Mobile, USA, INC. <br> ET. All: <br> (SEE ATTACHED:) G. Michael Sievert <br> Timotheus Hottges _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. ___1:25-cv-00259-KD-B___ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ [✓]Yes [ ]No <br><br><br> FILED – USDC ALSD <br> JUN 26 '25 PM2:31 |

ET. All individual and offical compacitiek

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        Donald Richard Mosley
Address     ~~2390~~ 2390 John wood lane
            Gulf Shores      AL.    36542
                        *City*              *State*        *Zip Code*
County      Baldwin County
Telephone Number    (251) 495-0665
E-Mail Address      richardmosley335@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                        T-Mobile USA, INC. ET. ALL
Job or Title *(if known)* →(CEO) G. Michael Sievert
Address                     12920 SE 38ᵗʰ street Bellevue
                            Bellevue      washington    98006 ?
                                  *City*          *State*        *Zip Code*
County                      King County
Telephone Number            1-425-3784000
E-Mail Address *(if known)* number@tmomail.net
☑ Individual capacity    ☑ Official capacity

Defendant No. 2        (CEO)    T-Mobile, USA, INC. ET. ALL.
Name                            same as above: Plus G. Michael Sievert
Job or Title *(if known)* (Ceo)  ¢ Timotheus Hottges/ Decanne King
Address                         221 lakeshore PKwy
                                Birmingham    ALABama    352209
                                      *City*        *State*      *Zip Code*
County                          Jefferson
Telephone Number                1-205-780-4178
E-Mail Address *(if known)*     @tmomail.net
☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**

Name ~~_(Executive Leadership)_~~ T-mobile, USA, INC. ET. ALL

Job or Title *(if known)* ~~Deeanne King~~ / ~~and~~ "Srini Gopalan"
?

Address 221 Lakeshore PKwy

Birmingham  AL.  35209
City  State  Zip Code

County  Jefferson

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity  ☑ Official capacity

**Defendant No. 4**

Name  Peter Osvaldik

Job or Title *(if known)* (CFO)  Executive VP & chief financial officer

Address  221 Lakeshore PKvy

Birmingham  AL.  35209
City  State  Zip Code

County  Jefferson

Telephone Number  ?

E-Mail Address *(if known)*  ?

☑ Individual capacity  ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Decatory and punitive damages

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Slander, deflamation, libel ETC... futhermore violations of constutitonal rights. and much much more. 1st Amendment) 7th amendment rights I don't Know what all was violated I just Know what was done

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?  and what it has cost me from T-mobile's serious actions That had no merritt or Jurisdiction !!!

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please view attached plain statment of facts issues from my PRO-SE self Plaintiff Donald Richard Mosley Plain language Please excuse all my

**III.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include *correspondence* further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Baldwin County ALABAMA. T-Mobile harrassd my father Donald Mosley by Turning a claim over to a collection agency leading him to belier That I had open a account in his name. resulting in him disowning me eluding me from receiving

B.  What date and approximate time did the events giving rise to your claim(s) occur? any inherantance and disowning me and not even have me on his obituary. 1-1-2024 I had no contract with T-Mobile. They had no merrit. To This damage. I have been Through a lot of mis treatment and mental anguish due to This violation.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The gravity of T-mobile caused me so much loss mentally, and finaenlly. I bought a phone at walmart They were promting for T-mobie prepay $135.00 phone for $35.00 1st month free. Then I must go to a T-Mobile store and pay $50.00 dollars a month pay as I go No contract. Prepay only. I went to federal prison I week after purchasing The phone. I din't Find out what had happen until I spoke with my father They T-mobile had his phone number That I did not even have my last To conversations with him were in re to. T-mobile I did not know what he was talking about. They have no merritt no contract No debt validation

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.   Injuries**   Time lost with family, pain and suffering, mental issues, financle issues, The extent of T-mobiles is priceless, non replaceable

If you sustained injuries related to the events alleged above, describe your injuries and state what medical *no money* treatment, if any, you required and did or did not receive. *can fix it!!*

violations of Amendment rights → Mental anguish, Time with

IW General! ↓ father, etc... Slander They even reported me To The credit unions resulting in bad credit. Also. They got me disowned and exluded from receiving any inheritance and also resulting in

my name ↗ not even being put on The obituary of Edgar Donald Mosley. The gravity from T-Mobile's actions are devastating in so many ways.

**V.   Relief**   The federal marshals af The Court house 113 saint Joseph st. Mobile Al. lost This phone, my wallet, and my bible.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.   Explain the basis for these claims.

Seeking Compensation for Time work as acting PRO-SE as my own attorney and all else That falls under This claim! I want T-Mobile To pay me (Two and one half million dollars) in compensation. for all They have caused me for Their mistake and violations. I would like The court To issue a Tempary injuntion on all of

step mother (Edith mosley) → Edgar Donald Mosley Estates and my step Mothers Edith Mosley's Estate. immediatly until final disposition of This case. Plese?

Decatory and punitive damages

(PRO-SE Plaintiff Donald Richard Mosley) 2 and 1/2 million dollars. in compensation to myself PRO-SE plaintff

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.    June 9, 2025    TOTAlly indigent status

Date of signing:    6-9-2025    PRO-SE

Signature of Plaintiff    *Donald Richard Mosley*

Printed Name of Plaintiff    Donald Richard Mosley

### B.    For Attorneys

PRO-SE aT This current Time.
indigent status
filing

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney    IN fORMA Pauperis

Bar Number    pursant To

Name of Law Firm    28. U.S.C. § 1915

Address _____

| City | State | Zip Code |
|------|-------|----------|
| | N/A | |

Telephone Number _____

E-mail Address _____

Please Excuse any and all language, spelling, ETC... due to Not being legal counsel with Bar qualifications. PRO-SE ~~plaintiff~~ plaintiff. Donald Richard Mosley

Page 6 of 6

#1
page

Continuing from The front.
Page, List of T-Mobile defendants
AS Fowollows :

## DEFENDANTS:

Marcelo clavre, SRikant M. Datar, Christian
P. ILLEK, RAPAEL KUBLER, LETIEA Long,
Thorsten LAOHEIM, Dominique Leroy,
Teresa A. Taylor Omar Tazi, Kelvin r. Wetbrook
Michael wilkens, and Bavan m. Holloway.
Srini Gopalan Peter Osvaldik
     T-Mobile USA, INC.,

          ET. All
                         Nominal Defendants

     Individuals and officals compacities.:

               (T- Mobile ET. ALL.)
Addresses: 221 Lakeshore PKwy Birmingham
    AL. 35209

               AND
          T- Mobile, U.S.A., INC. ET ALL
          12920 SE 38Th street Bellevue
          washington (D.C.) 98006

#2

Donald Richard Mosley
IN RE TO:
Civil Action
    VS.
T-Mobile, U.S.A., INC.
To be accompanied with
said civil action.

"PRO-SE PLAIN LANGUAGE"
STATEMENT of Facts, Issues,
And claims ETC... AS. follows:
PRO-SE By and Through himself
plaintiff
Donald Richard Mosley:

I Donald Richard Mosley, was on
Federal probation in The Southern district of AlABAMA. My
phone was ran over while I was working on a Truck. I had to
go purchase another phone to have for reporting etc... I
went to Wallmart in gulf shores. Then Wallmart in foley
Al. Wallmart was promoting a phone for T-Mobile. a
$140.00 but you could buy This phone for like $35.00
Terms where pre-pay 1st month free no contract with T-mobile
or anyone. OK The first month free Then I was instructed
by The General manager of Wallmart. That if I wanted
To have services I was to go into a T-mobile store
and pay $50 00/XX pre-pay to have services for that month.
after purchasing This phone I only had The phone for 1 week
before I was incarcerated on The federal violations. To where
I Then went infront of Judge Beverstok in The Southern district
Of AlABAMA. To where I requested to him to sentence me
To all The time that He could give me to serve all my probation
Time out. He granted This request and Sentenced me to 24
months. During this time I was serving I had no contact
with my father Edgar Donald Mosley a retired fire chief
from Prichard AL. He had changed his phone number during
my incarceration. Now I did not Know all of This until
see page #3

#3

Donald Richard Mosley
civil action
vs.
T-Mobile, U.S.A. INC.

Continvance of PRO-SE
Plain language STATEMENT of FACTS
As Follows: I was Transferred to
The Federal Half-wAy house at 4901
Battleship Parkway Spanish Fort AL. Keeton Correction. Shortly
after my arrival To The Half-way home I made contact with
my nephew and I was able to obtain my Fathers phone number
I called my father when He answered He was not happy
with me He accused me of trying to open accounts in his
name and hung up on me. This was from The land line
at Keeton correction This said phone call. So after this
call I started investagating what This could be. I came
To find out That T-Mobile was The reason for all This T-Mobile
had claimed I owed Them money and Turned me over to a
collection agency To where They where calling My father
harrassing him for payment. Because his name is also
Donald Mosley I din't even have This phone number for
him. But T-mobile is wrong There is or was no merritt. or
Jurisdiction for This. There is nor was ever a contract between
T-Mobile and myself. I contacted both T-mobile and The
collection agency and definatly voiced my concerns I've heard nothing
back from Them. I called my father back and told him I
found out what happen This was my last conversation with
my father The last two conversations between my father and
myself was about T-Mobiles mistakes, harracsament, violations.
The gravity of Their mistakes can't totally be replaced They
also reported me to credit unions ETC... my father disowned
me because of This. Not even putting me on his obituary
Edgar Donald Mosley. Excluding me from receiving any inheritance

#4

Donald Richard Mosley
IN RE TO:
civil action
vs
T-mobile, USA, INC.
To be accompanied with
said civil action

PRO-SE PLAIN LANGUAGE STATEMENT OF FACTS As Follows: Inheritance totally excluded. causing me more pain, sufferings, finacial problems, and alot of harsh treatment from family etc... I lost my Dad and Sister within (84) days apart. and

T-Mobile doing this unprofessional acts, with no Jurisdiction, merritt or any contract, grounds to pursue any payment from me or my father was totally wrong committing slander, deflamation, false reports, and costing me alot of harsh treatment ▬▬ from family etc... Time That can't be replaced, They have not only cost me finacial problems, sintmental items, money, land, credit. But They caused me alot of mental problems. having to go Throug all This by making my family Think This That I did Try To open accounts. by Their Harrassaments etc... I am seeking Two and one half million dollars in compensations I don't Know exactly what all rights and violations That T-Mobiles actions fall under but They are wrong. I'am broke on food Stamps and dealing with The Social Security Administration seeking SSI for phydically disabilities. I pray That The Honorable court help me in all respects receiving justice

Donald Richard Mosley

6-9-2025



Donald Richard MOSLEY
2390 John Wood lane
Gulf shores AL. 36542

5

(6-9-2025)
"LEGAL MAIL ENCLOSED"

UNITED STATES Distri
Court for THE SOUTHERN
DISTRICT OF AlABAMA
c/o THE U.S. COURT CLER
113 ST. Joseph Mobile Al
3660