**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

FILED - USDC ALSD
JUN 26 '25 PM2:32

(PRO-SE)

_Donald Richard Mosley_
**Plaintiff(s)/Petitioner(s)**

To be provided by
The Honorable court

**vs.** _T-Mobile, U.S.A., INc._

**CIVIL ACTION NO.** 1:25-cv-00259-KD-B
**(To be supplied by Clerk of Court)**

ET. All _6. Michael Sievert, Timotheus Hottses. ET. All_
**Defendant(s)/Respondent(s)**       _individual and official capacity_

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

PRO-SE

I, _Donald Richard Mosley_, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed *in forma pauperis* in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** _T-Mobile without merritt, or jurisdiction set forth a claim without a contract signed by me Donald Richard Mosley harrased my father Edgar Donald Mosley for payment, leading him to think I Tried to To open accounts in his nam. resulting in my father Disowning me exluding me from any and all inheritance. and not even being placed on his obituary._

II. **RESIDENCE:**
Your address: _2390 John Wood lane_
(Street)
_Gulf Shores_      _AlAbama_      _36542_
(City)                (State)           (Zip Code)

III. **MARITAL STATUS:**
1. Single __✓__  Married _____  Separated _____  Divorced _____
2. If married, spouse's full name: _____

IV. **DEPENDENTS:**
1. Number: __∅__
2. Relationship to dependent(s): _____
3. How much money do you contribute toward your dependents' support on a monthly basis? $ __∅__

*United States District Court*                                        *Rev. 12/2023*

**V.    EMPLOYMENT:**

1.  Name of employer: _____ _Ø_ _NOTE: I'am currently dealing_
    a.  Address of employer: _____ _with The Social Security office for_
                                 (Street)    _S.S.I_

                                 (City)              (State)        (Zip Code)

    _Ø N/A_

    b.  How long have you been employed by present employer?
        Years: _____        Months _____
    c.  Income: Monthly $_____ or Weekly $_____
    d.  What is your job title? _____

2.  If unemployed, date of last employment: _____ _Ø_ _____
    Amount of salary and wages received per month in last employment: $ _____

3.  Is spouse employed? _____ If so, name of employer: _____
    _____
    a.  Income: Monthly $_____ or Weekly $_____
    b.  What is spouse's job title? _____

4.  Are you and/or your spouse receiving welfare aid? _____
    If so, amount: Monthly $_____ or Weekly $_____

**VI. FINANCIAL STATUS:**

1.  Owner of real property (excluding ordinary household furnishings and clothing):
    a.  Description: _____ _Ø_ _____
    b.  Full Address: _____ _Ø_ _____
    c.  In whose name: _____ _Ø_ _____
    d.  Estimated value - - - - - - - - - - - - - - - - - - - - - - - - - - - $ ___ _Ø_ ___
    e.  Total amount owed - - - - - - - - - - - - - - - - - - - - - - - - $ ___ _Ø_ ___
        Owed to: _____ $ ___ _Ø_ ___
                 _____ $ ___ _Ø_ ___

    f.  Annual income from property - - - - - - - - - - - - - - - - - - $ ___ _Ø_ ___

2.  Other assets/property, such as automobiles, boats, motor homes, court
    judgments, etc. (If more than two, list information on back):

|  | Asset (1) | Asset (2) |
|---|---|---|
| a. | | |
| Make & Model: | _Ø_ | _Ø_ |
| In whose name registered? | _Ø_ | _Ø_ |
| Present Value of Asset: | _Ø_ | _Ø_ |
| Amount owed: | _Ø_ | _Ø_ |
| Owed to: | _Ø_ | _Ø_ |

    b.  Total cash in banks, savings and loan associations, prisoner accounts,
        financial institutions, other repositories, or anywhere else - $ ___ _Ø_ ___
    c.  List monies received by you during the last twelve (12) months, or held for you

        _NOTE: Been receiving food STAMPS and_
        _help from Christian Services_
        _No profit organzations. only_

by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment........$ _____ 0
Rent payments, interest or dividends..............................$ _____ 0
Pensions, annuities or life insurance payments ..................$ _____ 0
Gifts or inheritances................................................$ _____ 0
Stocks, bonds or notes .............................................$ _____ 0
Tax refunds, Veteran benefits or social security benefits........$ _____ 0
Any other sources ..................................................$ _____ 0

3. Obligations:
   a. Monthly rental on house or apartment          $ _____ 0
   b. Monthly mortgage payments on house            $ _____ 0

4. Other information pertinent to your financial debts and obligations:

| Ulitics | 0 | 0 |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| | | |
| (Creditor) | (Total debt) | (Monthly payment) |
| | | |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

Food STAMPS § Christian Services Gulf Shores AL. GOD Bless Them

Other (Explain): I'am currently dealing with The Social Security office seeking S.S.I. for over a year now. currently and ongoing case # is claim Number: 14711331

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

June 6-9-2025

6-9-2025

DATE

(Donald Richard Mosley)

Donald Richard Mosley

SSN# 424-86-277?

SIGNATURE OF PLAINTIFF/PETITIONER   DOB 7-1-71

2390 John Wood Lane

ADDRESS

Gulf Shores ALABAMA 36542

Please See Attached Plain language Statement of facts, issues in re To my PRO-SE civil action with Total merritt. and Jurisdiction.

Donald Richard Mosley

VS.

T-Mobile, U.S.A., INc.

ET. ALL.

4

## VIII.  **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion.  The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution.  Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).  I understand that even if I am allowed to proceed *in forma pauperis* or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee $350.00 if my IFP application is granted, or $405.00 if my IFP application is denied for a civil action, $5.00 for a habeas corpus petition, or $605.00 for an appeal.

_____         _____

DATE                            SIGNATURE OF PLAINTIFF/PETITIONER

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____(name of institution).  I further certify that during the past six months the applicant's average monthly balance was $_____.  I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_____         _____

DATE                            SIGNATURE OF AUTHORIZED OFFICER

5

Donald Richard Mosley
2390 John Wood lane
Gulf shores AL. 36542



5

(6-9-2023)
"LEGAL MAIL ENCLOSED"

UNITED STATES Distri
Court for THE SOUTHERN
DISTRICT OF ALABAMA
C/O THE U.S. COURT CLER
113 ST. Joseph Mobile AL
36605