IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONALD RICHARD MOSLEY,** | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:25-00259-KD-B |
| | ) |
| **T-MOBILE USA, INC., et al.,** | ) |
| | ) |
|   Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the Report and Recommendation ("R&R") of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated August 18, 2025, (Doc. 4), is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

**DONE** and **ORDERED** this **29th** day of **October 2025**.

    /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] According to the docket, Plaintiff called on September 12, 2025, to inform the Court that his house burned down, that all legal paperwork was lost, and that he intended to move for an extension of time to respond to the R&R as soon as possible. The call occurred more than two weeks after the R&R was filed. Thus, the two-week deadline to respond had already passed. Still, the Court has waited to rule on the R&R for over six weeks since the phone call, and Plaintiff failed to respond or move for an extension.